# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDWIN MENDEZ-O,<br><br>Defendant. | Case No. 19CR640-GPC<br><br>**ORDER AND JUDGMENT DISMISSING THE INDICTMENT WITHOUT PREJUDICE** |

On motion of the United States, with no objection by Defendant, and with good cause shown, the Indictment in this case is hereby dismissed without prejudice and the bond exonerated.

Dated: June 17, 2019

*/s/ Gonzalo Curiel*
Hon. Gonzalo P. Curiel
United States District Judge